STATE OF NEW JERSEY, PLAINTIFF IN ERROR, v. HELEN DUVÈL, DEFENDANT IN ERROR.

Submitted February 11, 1927—Decided May 16, 1927.

On error to the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 719.

For the plaintiff in error, *John O. Bigelow.*

For the defendant in error, *Frank B. Colton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIED, DEAR, JJ. 11.

*For reversal*—None.